UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WARREN WIGGINS ) | CIVIL ACTION NO. |
|    Plaintiff, ) | 3:13-CV-00043-MPS |
| ) | |
| v. ) | |
| ) | |
| NATIONAL ENTERPRISE SYSTEMS, INC. ) | AUGUST 12, 2013 |
|    Defendant ) | |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Warren Wiggins, through his attorney, and the defendant, National Enterprise Systems, Inc., through their attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

          PLAINTIFF, WARREN WIGGINS

          By: /s/ Daniel S. Blinn
             Daniel S. Blinn ct02188
             dblinn@consumerlawgroup.com
             Hailey R. Gallant ct 29150
             hgallant@consumerlawgroup.com
             Consumer Law Group, LLC
             35 Cold Spring Rd. Suite 512
             Rocky Hill, CT  06067
             Tel. (860) 571-0408
             Fax (860) 571-7457

DEFENDANT, NATIONAL ENTERPRISE SYSTEMS, INC.

By: /s/ Michael J. Dugan_____
Michael J. Dugan, ct18669
dugan@litchfieldcavo.com
Litchfield Cavo LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089-9637
Tel. (860) 413-2704
Fax (860) 413-2801

## CERTIFICATION

I hereby certify that on this 12th day of August, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn_____
Daniel S. Blinn